EXHIBIT A

Checks and AR 2018-05-08

| Name | Total Due on Shipped | Check | Checks to Deposit | Balance Due on Shipped |
|---|---|---|---|---|
| **Walker Produce** | | | | |
| Inv 6620 | $695,580.87 | 52599 | $80,000.00 | |
| | | 52767 | $80,000.00 | |
| | | 52915 | $200,000.00 | |
| | | | | $335,580.87 |
| **United** | | | | |
| Inv 6623 (less 13k dues) | $424,855.00 | 12882 | $107,907.34 | |
| | | | | $316,947.65 |
| **Basic American** | | | | |
| Inv 6619 (less 75k allowance) | $140,372.80 | | $0.00 | |
| | | | | $140,372.80 |
| **Wada Farms** | | | | |
| Inv 6618 | $2,781.87 | 9303 | $2,781.87 | |
| | | | | $0.00 |
| **Siddoway Inc** | | | | |
| Inv 6604 | $18,622.17 | 10873 | $18,622.17 | |
| | | | | $0.00 |
| **Wilcox** | | | | |
| Inv 6615 | $400,044.34 | 142350 | $298,954.22 | |
| | | 142448 | $101,090.12 | |
| | | | | $0.00 |
| **Telford Ag** | | | | |
| Inv 6625 | $630,000.00 | 2735 | $400,000.00 | |
| | | | | $230,000.00 |
| | | | $1,289,355.72 | $1,022,901.33 |

5/10/2018 2:11 PM

## Outstanding Receivables Summary - PSFHH

| Company | Job | Done | Inv Date | Inv # | Mail Date | Comments | Balance |
|---|---|---|---|---|---|---|---|
| Basic American Foods | PSF Basic American Foods – G # Cal White 17 Crop | | 19-Dec-17 | 6619 | | PSF Basic American Foods – G # Cal White 17 Crop | $140,372.80 |
| Bruce Kelbs | PSF Bruce Kelbs – G # Burbanks Cut 17 Crop | | 25-Apr-13 | 8625 | | PSF Bruce Kelbs – G # Burbanks Cut 17 Crop | $28,015.00 |
| Burke Hanks | PSF Burke Hanks – G # Norkotahs 278 Cut 11 Crop | ✓ | 23-Apr-12 | 6638 | 21-May-12 | Norkotah Seed | $64,622.25 |
| Eric Sutton | PSF Eric Sutton – G # Nort 278 Cut 16 Crop | ✓ | 23-May-17 | 6603 | 13-Jun-17 | PSF Eric Sutton – G # Nort 278 Cut 16 Crop | $22,010.00 |
| Generation Farms | PSF Generation Farms – G # Burbank Cut 13 Crop | ✓ | 19-Apr-14 | 6290 | 24-May-14 | Burbank Seed | $4,209.13 |
| Harer Farm | PSF Harer Farm – G # Burbanks Cut 17 Crop | ☐ | 23-Apr-18 | 6627 | | PSF Harer Farm – G # Burbanks Cut 17 Crop | $20,431.65 |
| Hay Inc | PSF Hay Inc – G # Burbanks One-Dings 15 Crop | ✓ | 30-Jan-17 | 6474 | 13-Jun-17 | PSF Hay Inc – G # Burbanks One-Dings 15 Crop | $84,502.40 |
| Keith Jorgensen | PSF Keith Jorgensen – G # Chieftan 16 Crop | ✓ | 12-Apr-17 | 6599 | 21-May-17 | PSF Keith Jorgensen – G # Chieftan 16 Crop | $22,455.00 |
| Mark Ball | PSF Mark Ball – G # Burbanks Cut 15 Crop | ✓ | 28-Jun-16 | 6149 | 10-May-16 | PSF Mark Ball – G # Burbanks Cut 15 Crop | $134,461.52 |
| Mark Ball | PSF Mark Ball – G # Norkotah 112 Cut 15 Crop | ✓ | 19-Apr-16 | 6497 | 29-Apr-16 | PSF Mark Ball – G # Norkotah 112 Cut 15 Crop | $138,723.39 |
| Mike Clawson | PSF Mike Clawson – G # Burbanks 17 Crop | ☐ | 12-Jan-18 | 6622 | | PSF Mike Clawson – G # Burbanks 17 Crop | $38,372.90 |
| Paul Womeli Farms | PSF Paul Womeli – G # Burbanks 15 Crop | ✓ | 30-Jan-17 | 6061 | | PSF Paul Womeli – G # Burbanks 16 Crop | $48,295.50 |
| Reed Searle | PSF Reed Searle – G # Chieftan 16 Crop | ✓ | 18-Apr-17 | 6603 | 21-May-17 | PSF Reed Searle – G # Chieftan Seed 16 Crop | $75,508.00 |
| Scott Searle | PSF Scott Searle – G # Nort 278 16 Crop | ✓ | 20-Jun-17 | 6662 | 10-Jun-17 | PSF Scott Searle – G # Nort 278 16 Crop | $26,348.61 |
| Shawn Walters | PSF Shawn Walters – G # Nort 278 16 Crop | ✓ | 20-Jan-17 | 6056 | | PSF Shawn Walters – G # Nort 278 Crop | $34,224.54 |
| Shawn Walters | PSF Shawn Walters – G # Burbanks Cut 16 Crop | ✓ | 20-Jan-17 | 6056 | | PSF Shawn Walters – G # Burbanks Cut 16 Crop | $145,794.90 |
| Siddoway Inc | PSF Siddoway Inc – G # Nort 278 16 Crop | ✓ | 28-Apr-17 | 6604 | 13-Jun-17 | PSF Siddoway Inc – G # Nort 278 16 Crop | $18,382.50 |
| Siddoway Inc | PSF Siddoway Inc – Salmon Foundation Seed 16 Crop | ✓ | 12-Apr-17 | 6326 | | PSF Siddoway Inc – Salmon Foundation Seed 16 Crop | $71,993.60 |
| Telford Ag | PSF Telford Ag – 17 Crop Commercials | ☐ | 19-Feb-18 | 6629 | | PSF Telford Ag – 17 Crop Commercials | $4,628.40 |
| United Potato Growers of Idaho | PSF United Potato Growers – 17 Crop Process | ☐ | 16-Jan-18 | 6623 | | PSF United Potato Growers – 17 Crop Process | $437,312.05 |

Tuesday, May 08, 2018

Page 1 of 1

Checkbook Balances.xlsx

EXHIBIT _B_

General Cash Flow 2018

| | 30-May-18 | 30-Jun-18 | 30-Jul-18 | 30-Aug-18 | 30-Sep-18 | 30-Oct-18 | 30-Nov-18 | 30-Dec-18 | 30-Jan-19 | 28-Feb-19 | 30-Mar-19 | 30-Apr-19 | After |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **On Hand Crop Income:** | | | | | | | | | | | | | |
| Commercial Potatoes | $400,000 | | | | | | | | | | | | |
| Process Potatoes | | | | | $230,000 | | | | | | | | |
| Downey | | | $52,500 | | | | | ($530,796) | | | | | |
| Accounts Receivable ~ Commercial Potatoes | $781,448 | $335,580 | $530,796 | | | | | | | | | | |
| Accounts Receivable ~ Process Potatoes | $107,907 | $316,947 | | | | | | | | | | | |
| Accounts Receivable ~ Seed Potatoes | | $140,372 | | | | | | | | | | | |
| Accounts Receivable ~ From Prior Crop Years | | | | $156,000 | | | | | | | | | |
| **Total On Hand Crop Income** | $1,289,356 | $792,899 | $583,296 | $156,000 | $230,000 | $0 | $0 | ($530,796) | $0 | $0 | $0 | $0 | $0 |
| **Current Year Income:** | | | | | | | | | | | | | |
| Seed Potatoes | | | | | | | | | | | | $1,023,891 | |
| Commercial Potatoes | | | | | | | | | | $339,134 | | | |
| Process Potatoes | | | | | | | | | $45,579 | | | | |
| Wheat HRS Home Place | | | | | | $496,283 | $496,283 | $496,283 | | | | | |
| Wheat HRS Corners | | | | | | $116,790 | $116,790 | | | | | | |
| Wheat Salmon | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| **Total Current Year Crop Income** | $0 | $0 | $0 | $0 | $0 | $613,073 | $613,073 | $496,283 | $45,579 | $339,134 | $0 | $1,023,891 | $0 |
| **Crop Expenses (refer to detail below):** | | | | | | | | | | | | | |
| Labor - General | $1,000 | $17,000 | $7,000 | $7,000 | $47,000 | $27,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | |
| Labor - Other | $5,000 | $55,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | |
| Taxes-Payroll SS | $2,000 | $18,000 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | |
| Chemicals | $4,000 | $53,000 | | $97,882 | | | | | | | | | |
| Fertilizer | $10,000 | $346,000 | | $233,524 | | | | | | | | | |
| Fuel / Lubricants | $5,000 | $60,000 | $3,500 | $25,000 | $3,500 | $3,500 | $5,000 | | $95,000 | $5,000 | $3,500 | | |
| Repairs | $15,000 | $75,000 | $40,000 | $40,000 | $50,000 | $40,000 | $25,000 | $25,000 | $25,000 | $25,000 | $40,000 | $40,000 | |
| Seed | $5,000 | $340,000 | | $30,000 | | | | | | | | | |
| Supplies | | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | | |
| Water & Power | $11,000 | $279,000 | $81,800 | $81,800 | $62,600 | $27,600 | $10,000 | $10,000 | $12,000 | $12,000 | $12,000 | $12,000 | |
| Living Expenses | $4,000 | $8,000 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | |
| Custom Hire | | | | | | $126,000 | | | | | | | |
| H2A Expenses | | | | | | | | | | | | | |
| Office and Telephone | $3,000 | $11,000 | $7,000 | $7,000 | $4,000 | $4,000 | $4,000 | $7,000 | $5,000 | $5,000 | $5,000 | $5,000 | |
| Professional Fees | $4,000 | $8,000 | $8,000 | $38,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | |
| Promotion and Travel | $1,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | |
| Seed Certification | | | $30,000 | | | | $5,000 | | | | | | |
| Seed Treat | | | | | | | | | | $12,000 | $12,000 | | |
| Lease Equipment | | | | | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $156,192 | |
| Other | | | $389,590 | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| **Total Crop Expenses** | $70,000 | $1,272,000 | $613,640 | $613,956 | $228,850 | $289,850 | $115,750 | $108,750 | $198,750 | $122,750 | $129,250 | $274,942 | $0 |
| **Non-Crop Expenses (refer to detail below):** | | | | | | | | | | | | | |
| Cash Rent | | | | | | | | | | | | | |
| Taxes - Real Estate | | $62,000 | | | | | | | | | | | |
| Income Tax | | $30,000 | | | | | | $33,000 | | | | | |
| Farm & Crop Insurance | $20,000 | $10,000 | $10,000 | $10,000 | $10,000 | $42,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | |
| Real Estate P&I | | | | | | | | | | | | | |
| Equipment P&I | | | | | | | | | | | | | |
| Capital Expenditures | | | | | | | | | | | | | |
| Loan Fees | | | | | | | | | | | | | |
| Accounts Payable | | | | | | | | | | | | | |
| Accrued Op Line Interest | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| LeaseBack Rent | | | | | | | | | | | | | |
| Real Estate Interest | | | | | | | | | | | | | |
| Operating Interest | | | | | | | | | | | | | |
| **Non-Crop Expenses Subtotal** | $20,000 | $102,000 | $10,000 | $10,000 | $10,000 | $42,000 | $10,000 | $43,000 | $10,000 | $10,000 | $10,000 | $10,000 | $0 |
| Prior Year Debt | | | | | | | | | | | | | |
| **Monthly Total Income** | $1,289,356 | $792,899 | $583,296 | $156,000 | $230,000 | $613,073 | $613,073 | ($34,513) | $45,579 | $339,134 | $0 | $1,023,891 | $0 |
| **Monthly Total Expenses** | $90,000 | $1,374,000 | $623,640 | $623,956 | $238,850 | $331,850 | $125,750 | $151,750 | $208,750 | $132,750 | $139,250 | $284,942 | $0 |
| **YTD Total Income** | $1,289,356 | $2,082,255 | $2,665,551 | $2,821,551 | $3,051,551 | $3,664,624 | $4,277,697 | $4,243,185 | $4,288,764 | $4,627,898 | $4,627,898 | $5,651,789 | $5,651,789 |
| **YTD Total Expenses** | $90,000 | $1,464,000 | $2,087,640 | $2,711,596 | $2,950,446 | $3,282,296 | $3,408,046 | $3,559,796 | $3,768,546 | $3,901,296 | $4,040,546 | $4,325,488 | $4,325,488 |
| **Monthly Net Income** | $1,199,356 | ($581,101) | ($40,344) | ($467,956) | ($8,850) | $281,223 | $487,323 | ($186,263) | ($163,171) | $206,384 | ($119,250) | $738,949 | $0 |
| **YTD Net Income** | $1,199,356 | $618,255 | $577,911 | $109,955 | $101,105 | $382,328 | $869,651 | $683,389 | $520,218 | $726,602 | $587,352 | $1,326,301 | $1,326,301 |
| **Budget Margin** | | | | | | | | | | | | $1,326,301 | $1,326,301 |