Brent T. Robinson, Esq. (ISB 1932)
W. Reed Cotten, Esq. (ISB 8976)
ROBINSON & ASSOCIATES
Attorneys at Law
615 H Street
P.O. Box 396
Rupert, ID  83350-0396
Telephone No. (208) 436-4717
Facsimile No. (208) 436-6804
Email Address:  btr@idlawfirm.com
　　　　　　　　wrc@idlawfirm.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

- - - - - - - - -

| In Re: | ) | Case No. 18-40412-JMM |
|---|---|---|
|  | ) | (Chapter 11) |
|  | ) |  |
| PARKINSON SEED FARM, INC., | ) |  |
| an Idaho corporation, | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

MOTION TO SELL REAL AND PERSONAL PROPERTY

COMES NOW the above-named debtor by and through its attorney, Brent T. Robinson of the firm Robinson & Tribe, and moves the Court for an Order authorizing the debtor to sell real and personal property, more specifically the Downey Farm and irrigation equipment, free and clear of any and all claims of any right, title, or interest, pursuant to 11 USC § 363 of the Bankruptcy Code.  In support of this motion the undersigned respectfully states and represents as follows:

1.	Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on May 15, 2018.

2.	That debtor proposes to sell real property located at or about Bowman Road near

Downey in Bannock County, Idaho, which is commonly referred to as the Downey Farm and Cellars and includes (620) acres of real property, more or less, and (1) potato cellar, together with irrigation equipment associated with irrigating the farm ground for the amount of **$4,050,000.00**.

3. The legal description of the real property debtor proposes to sell is attached hereto as Exhibit "A".

4. The irrigation equipment associated with the irrigation of the farm, which debtor proposes to sell with the real estate, includes but is not necessarily limited to the following:

    a. Four (4) Center Pivots

    b. 8 Wheel Moves

5. That debtor proposes the entire sum received from said sale be disbursed as hereinafter provided.

6. The creditors that presently have an existing lien against the collateral which debtor desires to sell are Compeer Financial ACA (Compeer) and KeyBank National Association (KeyBank).

7. It is in the best interest of the debtor and the debtor's estate to sell the Downey Farm since it is not necessary for the effective reorganization of the estate or the successful operation of debtor's farm, and a greater benefit will be derived from selling the same by reducing the amount of debtor's debts with Compeer and KeyBank.

8. The $4,050,000.00 in estimated proceeds derived from the sale of the Downey Farm shall be disbursed as follows:

    a. Real and personal property taxes prorated to the date of closing

    b. Normal closing costs

    c. $530,796.00 to Debtor applied toward 2018 Crop Production

    d. $1,045,211.94 to KeyBank for payoff of the Storage Facility Lease

  e. $52,055.55 to KeyBank for payoff of the Storage Bins Lease

  f. The balance of the funds paid to Compeer

WHEREFORE, debtor prays for an Order of this Court authorizing debtor to sell the above-described real and personal property free and clear of all liens pursuant to 11 USC § 363 of the Bankruptcy Code and for such other and further relief as the Court deems just and proper in the premises.

DATED this  8th  day of June 2018.

            ROBINSON & TRIBE


            By:   /S/   W. Reed Cotton
              W. Reed Cotten
              Attorney for the Debtor