B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Idaho

In re **Parkinson Seed Farm, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................ $ **225.00 / 175.00 per hour plus costs**

   Prior to the filing of this statement I have received ............................... $ **25,000.00**

   Balance Due ................................................................................................ $ **225.00 / 175.0 per hour plus costs**

   NOTE: Of the $25,000.00 received from the Debtor, $5,000.00 was applied to pre-petition fees and costs incurred in the preparation and filing of this case. The balance of $20,000.00 is being held in trust with the understanding that said sum shall be applied to post-petition fees and costs incurred in this case, but only after Court approval has been obtained.

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

8/2/18
Date

*[signature]*
**Brent T. Robinson 1932**
*Signature of Attorney*
**Robinson & Associates**
**615 H Street**
**P.O. Box 396**
**Rupert, ID 83350-0396**
**(208) 436-4717  Fax: (208) 436-6804**
**btr@idlawfirm.com**
*Name of law firm*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy