James T. Markus (Pro Hac Pending)
Markus Williams & Young LLC
1700 Lincoln Street, Suite 4550
Denver, Colorado 80203
Telephone: 303.830.0800
Facsimile: 303.830.0809
Email: jmarkus@markuswilliams.com
and
Jason R. Naess
Parsons, Smith, Stone,
Loveland & Shirley, Llp
137 W. 13th St.
P.O. Box 910
Burley, Idaho 83318
Telephone  (208) 878-8382
Facsimile  (208) 878-0146
Email:  jason@pmt.org

Attorneys for SummitBridge Credit Investments VI LLC

Sheila R. Schwager, ISB No. 5059
Hawley Troxell Ennis & Hawley LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com

Attorney for KeyBank National Assocation

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 18-40412-JMM |
| **PARKINSON SEED FARM, INC., an** | ) | |
| **Idaho corporation** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## STIPULATED NOTICE OF TRANSFER OF CLAIM
## AFTER PROOF OF CLAIM FILED

{Z0254153/1 }

Pursuant to FED. R. BANKR. P. 3001(e)(2), SummitBridge National Investment VI LLC ("**SummitBridge**") through its undersigned counsel and KeyBank National Association ('**KeyBank**") through its undersigned counsel hereby provide notice of the transfer of the Proof of Claim filed by creditor KeyBank to SummitBridge and state as follows:

1.      KeyBank filed a Proof of Claim in the above-captioned bankruptcy case in the amount of $19,747,854.77, designated as Claim No. 19-1(the "**KeyBank Claim**").

2.      The basis for the KeyBank Claim was for money loaned, evidenced by promissory notes, security agreement and other documents (the "**Loan Documents**").

3.      For consideration received, KeyBank, as transferor, has transferred to SummitBridge, as transferee, its rights under the Loan Documents.

4.      SummitBridge hereby gives notice pursuant to FED. R. BANKR. P. 3001(e)(2) of the transfer of the KeyBank Claim to SummitBridge.

5.      Attached hereto as **Exhibit 1** are allonges for the promissory notes relating to the Loan Documents, as evidence of transfer of claim.

6.      KeyBank hereby waives and notice or hearing under FED. R. BANKR. P. 3001.

**WHEREFORE,** SummitBridge hereby provides notice pursuant to FED. R. BANKR. P. 3001(e)(2) of the transfer of the KeyBank Claim to SummitBridge

Respectfully submitted this 23rd day of January, 2019.

{Z0254153/1 }

MARKUS WILLIAMS & YOUNG LLC

James T. Markus, #25065
1700 Lincoln Street, Suite 4550
Denver, Colorado 80203
Telephone (303) 830-0800
Facsimile (303) 830-0809
jmarkus@markuswilliams.com

and

/s/
Jason R. Naess
Parsons, Smith, Stone,
Loveland & Shirley, Llp
137 W. 13th St.
P.O. Box 910
Burley, Idaho 83318
Telephone  (208) 878-8382
Facsimile  (208) 878-0146
Email:  jason@pmt.org

*Attorneys for SummitBridge National Investment VI*
*LLC*

HAWLEY TROXELL ENNIS & HAWLEY LLP

/s/
Sheila R. Schwager, ISB No. 5059
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
sschwager@hawleytroxell.com

*Attorneys for KeyBank National Association*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2018 I filed a copy of the Stipulated Notice of Transfer of Claim After Proof of Claim Filed with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

- Jeffrey D Brunson    jeff@beardstclair.com, herickson@beardstclair.com
- William Reed Cotten    wrc@idlawfirm.com, bcl@idlawfirm.com
- Michael Danielson    danielson@benoitlaw.com
- Karl R Decker    kdecker@holdenlegal.com, mreed@holdenlegal.com
- Hyrum Dean Erickson    herickson@rex-law.com
- R Ron Kerl    Ron@cooper-larsen.com, kelli@cooper-larsen.com,bobbi@cooper-larsen.com
- Stephen Kent Madsen    smadsen@maynestaggart.com, rparson@maynestaggart.com;maynestaggartecf@gmail.com
- Robert J Maynes    mayneslaw@hotmail.com, rosie.mayneslaw@gmail.com;maynestaggartecf@gmail.com;maynestaggart@gmail.com
- Jason Ronald Naess    jason@pmt.org
- David Wayne Newman    ustp.region18.bs.ecf@usdoj.gov
- Randall A Peterman    rap@givenspursley.com, kad@givenspursley.com;wandawhite@givenspursley.com
- Brent T Robinson    btr@idlawfirm.com, bcl@idlawfirm.com
- Sheila Rae Schwager    sschwager@hawleytroxell.com, cdavenport@hawleytroxell.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov
- Jeremy Vaughn    sks&t@idaho-law.com

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:


Parkinson Seed Farm, Inc.
P.O. Box 326
Saint Anthony, ID  83445

KeyBank national Association
c/o Sheila R. Schwager, ISB No. 5059
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID  83701-1617

Richard Brown
Silvercreek Realty Group
2002 Jennie Lee Drive
Idaho Falls, ID 83404

Ronald Jones
Silvercreek Realty Group
3717 North 2544 East
Twin Falls, ID 83301

David B Lewis
Huber, Erickson & Bowman LLC
375 S 300th W
Salt Lake City, UT 84101

Brent T Robinson
POB 396
Rupert, ID 83350

Lorinda Seamons
Hunter of Homes, LLC
10195 West Beacon Light Road
Star, ID 83669

DATED this 23rd day of January, 2018.

> PARSONS, SMITH, STONE,
> LOVELAND & SHIRLEY, LLP
>
> _____
> Jason R. Naess

EXHIBIT 1-1

## ALLONGE

This Allonge is affixed to, and forms a part of, that certain Promissory Note Revolving Credit (the "**Note**") dated March 18, 2016, in the original principal amount of Eleven Million Three Hundred Eighty One Thousand Eight Hundred Fifty Five and 00/100 Dollars ($11,381,855.00) as renewed, modified, or amended from time to time, wherein Parkinson Seed Farm, Inc, an Idaho corporation, M & B Enterprises Limited Partnership, an Idaho limited partnership, and Rocky Gulch Farms, an Idaho limited liability company, are the makers, payable to the order of KEYBANK NATIONAL ASSOCIATION, a national banking association, which is the current holder and endorser of the Note (the "**Endorser**").

### ENDORSEMENT

Dated effective the 31st day of December, 2018                              Denver, Colorado

FOR VALUE RECEIVED, the undersigned endorses to the order of SummitBridge National Investments VI LLC, a Delaware limited liability company, without recourse, the Note.

**ENDORSER**:

KEYBANK NATIONAL ASSOCIATION

By: _Matt Palmer_____
Name:  Matt Palmer
Title:  Vice President, Specialized Finance

ALLONGE

EXHIBIT 1-2

## ALLONGE

This Allonge is affixed to, and forms a part of, that certain Promissory Note (the "**Note**") dated April 17, 2015, in the original principal amount of One Hundred Fifty Thousand Nine Hundred Twenty and 00/100 Dollars ($150,920.00) as renewed, modified, or amended from time to time, wherein Parkinson Seed Farm, Inc, an Idaho corporation, M & B Enterprises Limited Partnership, an Idaho limited partnership, and Rocky Gulch Farms, an Idaho limited liability company, are the makers, payable to the order of KEYBANK NATIONAL ASSOCIATION, a national banking association, which is the current holder and endorser of the Note (the "**Endorser**").

## ENDORSEMENT

Dated effective the 31st day of December, 2018.                              Denver, Colorado

FOR VALUE RECEIVED, the undersigned endorses to the order of SummitBridge National Investments VI LLC, a Delaware limited liability company, without recourse, the Note.

**ENDORSER**:

KEYBANK NATIONAL ASSOCIATION

By: _Matt Palmer_____
Name:  Matt Palmer
Title:  Vice President, Specialized Finance

ALLONGE

41145.0186.11615957.2

EXHIBIT 1.3

## ALLONGE

This Allonge is affixed to, and forms a part of, that certain Promissory Note (the "**Note**") dated March 17, 2016, in the original principal amount of One Hundred Fifty Thousand and 00/100 Dollars ($150,000.00) as renewed, modified, or amended from time to time, wherein Parkinson Seed Farm, Inc, an Idaho corporation, is the maker, payable to the order of KEYBANK NATIONAL ASSOCIATION, a national banking association, which is the current holder and endorser of the Note (the "**Endorser**").

## ENDORSEMENT

Dated effective the 31st day of December, 2018                          Denver, Colorado

FOR VALUE RECEIVED, the undersigned endorses to the order of SummitBridge National Investments VI LLC, a Delaware limited liability company, without recourse, the Note.

**ENDORSER**:

KEYBANK NATIONAL ASSOCIATION

By: _Matt Palmer_____
Name:  Matt Palmer
Title:  Vice President, Specialized Finance

ALLONGE

41145.0186.11616011.2