Jeffrey C. Misley, Idaho State Bar No. 11178
Tab Wood, Idaho State Bar No. 10575
SUSSMAN SHANK LLP
1000 S.W. Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Email:  jmisley@sussmanshank.com
           twood@sussmanshank.com

Attorneys for Plan Administrator of Parkinson Seed Farm, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re | Case No. 18-40412-JMM<br>(Chapter 11) |
| PARKINSON SEED FARM, INC., an Idaho corporation,<br><br>Debtor. | PLAN ADMINISTRATOR'S NOTICE OF RETENTION OF SUSSMAN SHANK LLP AS COUNSEL |

Matthew McKinlay, of CFO Solutions, LLC dba Advanced CFO ("Advanced CFO"), duly appointed Plan Administrator of the Reorganized Debtor (the "Plan Administrator") hereby gives notice of the Plan Administrator's employment of Sussman Shank LLP ("Sussman Shank") as counsel on the terms and conditions set forth herein.  The Plan Administrator respectfully represents the following:

1. <u>Bankruptcy Petition</u>.  On May 15, 2018, the Debtor filed for relief under Chapter 11 of the U.S. Bankruptcy Code;

2. <u>Confirmation of SummitBridge National Investments VI LLC's ("SummitBridge") Liquidating Plan</u>.  On March 3, 2020, an order was entered confirming SummitBridge's Amended Chapter 11 Plan of Liquidation Dated December 11, 2019 (the "Plan");

Page 1 - PLAN ADMINISTRATOR'S NOTICE OF RETENTION OF SUSSMAN SHANK LLP AS COUNSEL

3. <u>Appointment of Plan Administrator</u>. The Plan appoints Matthew McKinlay of Advanced CFO as Plan Administrator under the Plan. The Plan Administrator, as the Reorganized Debtor's sole officer and director, has been delegated authority to and charged with the orderly liquidation of all real property, equipment, crops, and any property of the Debtor, and distributing the proceeds of those assets to creditors of the Debtor;

4. <u>Retention of Sussman Shank as Counsel</u>. The Plan provides that the Plan Administrator may retain counsel. The Plan Administrator has, pursuant to Section 6.10 of the Plan, selected and retained Jeffrey C. Misley and Sussman Shank as counsel, for the purpose of providing representation and counsel to the Plan Administrator. SummitBridge has consented to the retention of Sussman Shank as counsel. Sussman Shank has considerable experience in the area of creditors' rights and bankruptcy and is well qualified to represent the Plan Administrator in this matter. Jeffrey C. Misley has 35 years' experience in the area of creditors' rights and bankruptcy and has represented trustees, receivers, plan agents, and administrators in several hundred cases including numerous agribusiness insolvency cases and receivership cases both in state and federal court. Further information regarding the firm and its attorneys, including the agribusiness bio of Jeffrey C. Misley, can be found at www.sussmanshank.com;

5. <u>Name, Address, and Experience of Counsel</u>:

    a. Name: Sussman Shank LLP

    b. Address: 1000 S.W. Broadway, Suite 1400, Portland, Oregon 97205

    c. Phone Number: (503) 227-1111 (Jeffrey Misley and Tab Wood)

    d. Years of experience: 35 years (Jeffrey Misley)

6. <u>Compensation of Professionals.</u> The hourly rates in effect for this engagement will be as follows: Jeffrey C. Misley (partner) ($325/hour); Tab Wood (partner) ($240/hour); Jesse Stewart (associate) ($240/hour); Paralegals ($110/hour); other professionals (partners and/or associates) not to exceed hourly rates noted above; and

Page 2 - PLAN ADMINISTRATOR'S NOTICE OF RETENTION OF SUSSMAN SHANK LLP AS COUNSEL

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

7. <u>Payment Procedures Applicable Under the Plan.</u>  The Plan provides that the Plan Administrator shall file monthly reports and detail fees and expenses incurred by professionals employed by the Plan Administrator.  Pursuant to Section 6.10 of the Plan, parties-in-interest retain the right to file an objection to professional fees and expenses with the Bankruptcy Court within 14 days of the Plan Administrator's monthly report.  If no objection is filed by any party-in-interest, the Plan Administrator shall pay, without further notice, hearing, or approval of the Bankruptcy Court from the Reorganized Debtor Estate.

Dated this 5th day of March, 2020.

SUSSMAN SHANK LLP

*s/ Jeffrey C. Misley*
By _____
Jeffrey C. Misley, Idaho State Bar No. 11178
jmisley@sussmanshank.com
Attorneys for Plan Administrator

Page 3 - PLAN ADMINISTRATOR'S NOTICE OF RETENTION OF SUSSMAN SHANK LLP AS COUNSEL

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

<u>CERTIFICATE OF SERVICE</u>

I, Janine E. Hume declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 S.W. Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on March 5, 2020, I served, **via first class mail**, a full and correct copy of the foregoing **PLAN ADMINISTRATOR'S NOTICE OF RETENTION OF SUSSMAN SHANK LLP AS COUNSEL**, to the parties of record, addressed as follows:

**See attached mailing matrix.**

I also certify that on March 5, 2020, I served the above-referenced document(s) on all ECF participants as indicated on the Court's Cm/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 5, 2020.

*/s/ Janine E. Hume*
_____
Janine E. Hume, Legal Assistant

*24172-006\CERTMASTER (JANINE) (03397730);1

CERTIFICATE OF SERVICE - Page 1

```
Label Matrix for local noticing          Ally Bank                                 Ally Servicing LLC
0976-4                                   PO Box 130424                             c/o McCarthy & Holthus, LLP
Case 18-40412-JMM                        Roseville, MN 55113-0004                  702 W. Idaho St., Suite 1100
District of Idaho                                                                  Boise, ID 83702-8902
Pocatello
Thu Mar  5 14:33:23 MST 2020

Aristocrat Farms, a general partnership  Aristocrat Farms, a general partnership  BASIN BUSINESS JOURNAL
c/o Robert J. Maynes, Esq.               c/o Robert J. Maynes                      PO BOX 2059
PO Box 3005                              PO Box 3005                               MOSES LAKE, WA 98837-0459
Idaho Falls, ID 83403-3005               Idaho Falls, ID 83403-3005

J. Thomas Beckett                        John Thomas Beckett                       BioWest Ag Solutions
201 South Main Street                    Parsons Behle & Latimer                   PO Box 9757
Suite 1800                               201 S Main Street                         Highway 45
Salt Lake City, UT 84111-2218            Suite 1800                                Nampa, ID  83686
                                         Salt Lake City, UT 84111-2218

Richard Brown                            Jeffrey D Brunson                         C & B Operations, LLC
Silvercreek Realty Group                 Beard St. Clair Gaffney PA                1247 South 12th West
2002 Jennie Lee Drive                    2105 Coronado Street                      Rexburg, ID 83440-5049
Idaho Falls, ID 83404-7000               Idaho Falls, ID 83404-7495

C & B Operations, LLC                    ComPeer Mortgage                          Compeer Financial
30965 US Highway 212                     PO Box 4459                               Givens Pursley LLP
Gettysburg, SD 57442-8709                Mankato, MN 56002-4459                    c/o Randall A. Peterman
                                                                                   601 W. Bannock St.
                                                                                   P.O. Box 2720
                                                                                   Boise, ID 83701-2720

Compeer Financial FLCA                   William Reed Cotten                       William G Cross
c/o Randall A. Peterman                  ROBINSON & ASSOCIATES                     Markus Williams Young & Hunsicker LLC
Givens Pursley LLP                       P.O. Box 396                              1700 Lincoln Street
601 W. Bannock St.                       615 H Street                              Suite 4550
Boise, ID 83702-5919                     Rupert, ID 83350-1614                     Denver, CO 80203-4509

Michael Danielson                        Karl R Decker                             Deere & Company
Benoit, Alexander, Harwood, High & Molle  Holden, Kidwell, Hahn & Crapo, P.L.L.C.  6400 N.W. 86th Street
PO Box 366                               POB 50130                                 Johnston, IA 50131-2945
Twin Falls, ID 83303-0366                Idaho Falls, ID 83405-0130

Deere & Company                          Deere Credit, Inc                         Deere Credit, Inc.
23176 Network Place                      John Deere Financial                      23176 Network Place
Chicago, IL 60673-1231                   6400 NW 86th St.                          Chicago, IL 60673-1231
                                         PO Box 6600
                                         Johnston, IA 50131-6600

Diversified Financial Serv               Diversified Financial Services, LLC      Hyrum Dean Erickson
14010 FNB Parkway, 400                   14010 First National Bank Pkwy, Ste 400  Rigby Andrus Rigby Law, PLLC
Omaha, NE 68154-5232                     Omaha, NE 68154-5232                      25 N. 2nd E.
                                                                                   P.O. Box 250
                                                                                   Rexburg, ID 83440-0250

Fall River Rural Electric                Ryan Mayes Fawcett                        First National Acceptance Company
1150 North 3400 East                     P.O. Box 700                              241 E Saginaw
Ashton, ID 83420-5624                    Boise, ID 83701-0700                      East Lansing, MI 48823-2792
```

| | | |
|---|---|---|
| c/o Ryan M. Fawcett First National Acceptanc<br>Skinner Fawcett LLP<br>PO Box 700<br>Boise, ID 83701-0700 | First National Bank<br>% Alliance Title & Escrow<br>380 E Parkcenter Blvd #100<br>Boise, ID 83706-3963 | First National Bank<br>PO Box 980<br>East Lansing, MI 48826-0980 |
| Golden West Irrigation<br>PO Box 488<br>Rexburg, ID 83440-0488 | Daniel C Green<br>POB 1391<br>Pocatello, ID 83204-1391 | Daniel C Green<br>Racine, Olson, Nye & Budge, Chartered<br>201 East Center Street<br>Pocatello, ID 83201-6329 |
| GroupAg LLC<br>PO Box 981<br>Rexburg, ID 83440-0983 | Scott Wesley Hulbert<br>Idaho Office of the Attorney's Office<br>954 West Jefferson<br>Boise, ID 83702-5436 | Idaho State Tax Commission<br>Bankruptcy Division<br>P.O. Box 36<br>Boise, ID 83722-2302 |
| Internal Revenue Service<br>Centralized Insolvency Dept<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Division<br>550 West Fort Street Ste 300<br>Boise, ID 83724-0105 | Interstate Billing Service, Inc.<br>P.O. Box 2250<br>Decatur, AL 35609-2250 |
| Jeppesen Brothers Ranch<br>c/o Robert J. Maynes<br>PO Box 3005<br>Idaho Falls, ID 83403-3005 | Jeppesen Brothers Ranch<br>1075 N. 9th E.<br>Rexburg, ID 83440-5108 | John Deere Financial<br>Deere Credit, Inc.<br>PO Box 6600<br>Johnston, IA 50131-6600 |
| John Deere Financial, f.s.b.<br>6400 NW 86th Street<br>PO BOX 6600<br>Johnston, IA 50131-6600 | Ronald Jones<br>Silvercreek Realty Group<br>3717 North 2544 East<br>Twin Falls, ID 83301-1003 | Kenworth Sales<br>2555 Garrett Way<br>Pocatello, ID 83201-6126 |
| Kenworth Sales Company<br>PacLease<br>2125 South Constitution Blvd<br>West Valley City, UT 84119-1219 | R Ron Kerl<br>POB 4229<br>Pocatello, ID 83205-4229 | Key Bank Nat'l Association<br>ID-MM- Blackfoot CBC<br>15 North Ash<br>Blackfoot, ID 83221-2102 |
| Key Equipment Finance<br>1000 South McCaslin Blvd<br>Superior, CO 80027-9441 | KeyBank NA<br>% Sheila R. Schwager<br>PO Box 1617<br>Boise, ID 83701-1617 | KeyBank NA<br>ATTN: Bankruptcy Department<br>PO Box 94968<br>Cleveland, OH 44101-4968 |
| KeyBank NA<br>Commercial Loan Dept<br>PO Box 94525<br>Cleveland, OH 44101-4525 | KeyBank National Association<br>Hawley Troxell Ennis & Hawley, LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702-5884 | KeyBank National Association<br>c/o Sheila R. Schwager<br>Hawley Troxell Ennis & Hawley, LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702-5884 |
| KeyBank, NA<br>702 West Idaho Street<br>Boise, ID 83702-8901 | Jay A Kohler<br>482 Constitution Wy #313<br>Idaho Falls, ID 83402-3543 | Henri W. LeMoyne<br>LeMoyne Realty and Appraisals<br>POB 5225<br>Twin Falls, ID 83303-5225 |

David B Lewis
Huber, Erickson & Bowman LLC
375 S 300th W
Salt Lake City, UT 84101-1704

Robert D Long
Jordan & Co. CPA's
109 N Arthur, Ste 400
Pocatello, ID 83204-3105

Brian Loosli
3310 US 20
Ashton, ID 83420

Madison County Implement
PO Box 155
Rexburg, ID 83440-0155

Stephen Kent Madsen
Maynes Taggart PLLC
PO Box 3005
Idaho Falls, ID 83403-3005

Jed W. Manwaring
Evans Keane LLP
1161 W. River St.
Suite 100
PO Box 959
Boise, ID 83701-0959

Mark Kilcoin
Summit Investment Management, LLC
1700 Lincoln Street Suite 2150
Denver, CO 80203-4500

James T Markus
Markus Williams & Young LLC
1700 Lincoln Street
Suite 4550
Denver, CO 80203-4509

Maupin Welding
1217 South Railroad Avenue
PO Box 32
Rexburg, ID 83440-0032

Max D. Parkinson & Sons
1185 North 3500 East
Ashton, ID 83420-5627

Robert J Maynes
Maynes Taggart PLLC
POB 3005
Idaho Falls, ID 83403-3005

James K Miersma
McCarthy Holthus LLP
108 1st Ave S.
Suite 300
Seattle, WA 98104-2104

Milestone
395 West Highway 39
Blackfoot, ID 83221-5600

John T Morgan
Office of United States Trustee
Washington Federal Bank Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

Jason Ronald Naess
Parson, Smith, Stone, Loveland,Shirley
POB 910
Burley, ID 83318-0910

Necternal, LLC
PO Box 2270
Idaho Falls, ID 83403-2270

David Wayne Newman
OFFICE OF THE US TRUSTEE US DEPT
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

Dirk Parkinson
Parsons Behle & Latimer
350 Memorial Drive
Suite 300
Idaho Falls, ID 83402-3479

Parkinson Seed Farm, Inc.
P.O. Box 326
Saint Anthony, ID 83445-0326

Randall A Peterman
Givens Pursley LLP
601 W. Bannock St.
P.O. Box 2720
Boise, ID 83701-2720

Rain for Rent
3615 Ririe Highway
Idaho Falls, ID 83401-5713

Gary L Rainsdon
POB 506
Twin Falls, ID 83303-0506

Reinke Grain Co., Inc.
PO Box 810
Ashton, ID 83420-0810

Brent T Robinson
POB 396
Rupert, ID 83350-0396

Sheila Rae Schwager
HAWLEY TROXELL ENNIS and HAWLEY LLP
POB 1617
Boise, ID 83701-1617

Lorinda Seamons
Hunter of Homes, LLC
10195 West Beacon Light Road
Star, ID 83669-5109

Selco Service Corporation
1000 South McCaslin Blvd
Superior, CO 80027-9437

Snake River Farmers Assoc
PO Box 807
Heyburn, ID 83336-0807

Spudnik Equipment Co.
P.O. Box 1045
Blackfoot, ID 83221-1045

Alma Steinman
P.O. Box 359
Ashton, ID 83420-0359

| | | |
|---|---|---|
| Rudolf Steinman<br>P.O. Box 359<br>Ashton, ID 83420-0359 | Susan Steinman<br>P.O. Box 359<br>Ashton, ID 83420-0359 | John Steinman Estate<br>P.O. Box 359<br>Ashton, ID 83420-0359 |
| Steinman Farms<br>P.O. Box 359<br>Ashton, ID 83420-0359 | Steinman Farms<br>1134 North 3500 East<br>Ashton, ID 83420-5627 | Jon A Stenquist<br>Parsons Behle & Latimer<br>350 Memorial Drive<br>Suite 300<br>Idaho Falls, ID 83402-3479 |
| SummitBridge National Investments IV LLC<br>c/o James T Markus<br>1700 Lincoln Street, Suite 4550<br>Denver, CO 80203-4509 | c/o Jason Naess SummitBridge National Invest<br>P.O. Box 910<br>Burley, ID 83318-0910 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| U. S. Attorney's Office<br>MK Plaza, Plaza IV<br>800 Park Boulevard Suite 600<br>Boise, ID 83712-7788 | US Trustee<br>Washington Group Central Plaza<br>720 Park Blvd, Ste 220<br>Boise, ID 83712-7785 | Valley Agronomics LLC<br>520 East Moody Road<br>PO Box 459<br>Rexburg, ID 83440-0459 |
| Jeremy Vaughn<br>Stephan, Kvanvig, Stone & Trainor<br>P.O. Box 83<br>Twin Falls, ID 83303-0083 | Walters & Walters, A Joint Venture<br>c/o Robert J. Maynes, Esq.<br>PO Box 3005<br>Idaho Falls, ID 83403-3005 | Walters Osgood Farms & Kelley & Sons, Joint<br>c/o Robert J. Maynes<br>PO Box 3005<br>Idaho Falls, ID 83403-3005 |
| Walters Osgood Farms and Kelly & Sons, Joint<br>c/o Robert J. Maynes<br>PO Box 3005<br>Idaho Falls, ID 83403-3005 | Walters and Walters, A Joint Venture<br>c/o Robert J. Maynes<br>PO Box 3005<br>Idaho Falls, ID 83403-3005 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deere Credit, Inc. | (u)Kenworth Sales Company | (u)Marilyn Parkinson |
| (u)Robert Morrison<br>Robert Morrison Appraisal, LLC | (du)Marilyn Parkinson | (u)Roger Parkinson |
| (u)QTIP Trust | (d)Gary L Rainsdon<br>POB 506<br>Twin Falls, ID 83303-0506 | (u)Reinke Grain Company., Inc.<br>P.O. Box 810<br>Ashton |

```
(d)Brent T Robinson                    (u)Roger Parkinson, Trustee of the OTIB Trust    (d)Selco Service Corporation
POB 396                                                                                 1000 South McCaslin Boulevard
Rupert, ID 83350-0396                                                                   Superior, CO 80027-9437


(u)Spudnik Equipment Company           End of Label Matrix
                                       Mailable recipients   106
                                       Bypassed recipients    13
                                       Total                 119
```